IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF SMITH COUNTY TYLER, TEXAS

KEVIN RASHAAN GOLDEN
"Plaintiff"

V.                                          CASE NO. 6:20-CV-00620

CITY OF LONGVIEW ET AL
"Defendants"

NOTICE OF APPEAL

Notice is hereby given that Kevin Rashaan Golden, in the above styled case number, hereby appeals to the United States Court of Appeals for the 5th Circuit from the **ORDER** from the Eastern District Federal Court of Smith County, Texas of case no. aforementioned above as to entered actions as of on June 01, 2022. (Doc't No.114) Date N/A "ORDER GRANTING MOTION TO STRIKE PLAINTIFF'S AMENDED & SUPPLEMENTAL COMPLAINT (Doc't No.111) August 26, 2021 (Doc't No.43) August 27, 2021 (Doc't No.50) & November 04, 2021 (Doc't No.71).

Executed Date 06/24/2022                RESPECTFULLY SUBMITTED

                                        /S/ KEVIN RASHAAN GOLDEN
_____             10103 Lansdale Dr. Apt . 706
                                        Houston, Tx. 77036

1

goldenrashaan@gmail.com

(903) 261-1870 cell no.

UNITED STATES 5TH CIRCUIT COURT OF APPEALS CLERK

600 S.Maestri Place Suite 115

New Orleans,LA 70130

2